UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT BROWN, an individual; CHRISTINE BROWN, an individual; B.B., a minor, by and through his guardian ad litem, PEGGY JO SOUDER-BROOME; T.B., a minor, by and through his guardian ad litem, PEGGY JO SOUDER-BROOME; L.B., a minor, by and through his guardian ad litem, PEGGY JO SOUDER-BROOME; C.B., a minor, by and through his guardian ad litem, PEGGY JO SOUDER-BROOME,<br><br>                                  Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company; LPC PENDLETON QUANTICO PM LP, a Delaware limited partnership; and DOES 1 THROUGH 50, inclusive,<br><br>                                  Defendants. | Case No.: 3:23-cv-00567-JES-DDL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO REMAND**<br><br>[ECF No. 59] |

//

//

Pending before the Court is Plaintiffs' Saint Brown *et al.*, Motion to Remand to State Court, filed on September 11, 2024. ECF No. 54. Plaintiffs move to withdraw the Motion to Remand and move to strike the declarations of Plaintiff Saint Brown (ECF No. 54-3) and Lt. Col. Christopher Capasso (ECF No. 54-4). ECF No. 59.

On October 1, 2024, Plaintiffs' counsel received correspondence from the Office of the General Counsel for the Department of the Navy indicating that information contained in the supporting declarations of Brown and Capasso needed to be requested from the Department of the Navy via the procedures outlined in *U.S. ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951). Plaintiffs intend to promptly refile the Motion to Remand once the supporting documentation is received via a *Touhy* request pursuant to 28 U.S.C. § 1447.

For these reasons, the Motion to Withdraw the Motion to Remand, and the Motion to Strike the declarations of Plaintiff Saint Brown and Lt. Col. Christopher Capasso is **GRANTED**. The hearing scheduled for October 23, 2024, is vacated.

**IT IS SO ORDERED.**

Dated: October 9, 2024

Honorable James E. Simmons Jr.
United States District Judge