UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT BROWN, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING LLC, et al.,<br><br>                  Defendants. | Case No.: 3:23-cv-00567-JES-DDL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR CORRECTION BASED ON CLERICAL MISTAKE AND/OR OVERSIGHT IN ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[ECF No. 77]** |

On March 25, 2025, the Court issued an Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment ("Order"). ECF No. 74. On April 8, 2025, Defendants notified the Court of a clerical omission and/or oversight in the Order and requested a correction. ECF No. 77. In their motion, Defendants indicated that they met and conferred with Plaintiffs and that Plaintiffs did not oppose their motion. *Id*. at 2. A hearing was set on May 28, 2025, to address this issue.

The Court having reviewed the motion, and the Order, agrees that there was indeed a mistake in the final paragraph of the Order, specifically at p. 14:14-18. The claims on which summary judgment was granted, were not only the claims based on the federal enclave argument (negligent infliction of emotional distress, breach of the implied warranty of habitability, rent abatement, and premises liability, Order at 10:9-11:20) as listed in the final paragraph, but also claims based on the choice of law argument – nuisance, negligent misrepresentation, breach of the implied covenant of quiet use and enjoyment, gross negligence, and fraud-concealment, which was discussed by the Order at 11:21-13:2. The only claim which is not dismissed based on the motion for summary judgment, is Plaintiffs' negligence claim. The hearing set for May 28, 2025, is **VACATED**.

**IT IS SO ORDERED**.

Dated:  April 10, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge