Lenden F. Webb (236377)
Christian B. Clark (330380)
Katherine E. Cervantes (333940)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Email: LWebb@WebbLawGroup.com
Email: Email: CClark@WebbLawGroup.com
Email: KCervantes@WebbLawGroup.com
**Please also serve:** Service@WebbLawGroup.com

Attorneys for Plaintiffs,
Saint Brown, et al.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT BROWN, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN DIEGO FAMILY HOUSING, LLC, a limited liability company; LINCOLN MILITARY PROPERTY MANAGEMENT LP, a limited partnership;<br><br>　　　　Defendants. | CASE NO. 23-cv-567-JES-DDL<br><br>**NOTICE OF PETITION AND PETITION FOR MINORS COMPROMISE** |

Plaintiffs, by and through their counsel of record, hereby submit the Petition(s) for Minors Compromise for Plaintiffs T. Brown, L. Brown, C. Brown, and B. Brown. Plaintiffs bring this petition pursuant to United States District Court, Southern District California, Local Civil Rule 17.1 seeking approval of settlement terms for minor parties. This petition is supported by the following memorandum of points and authorities, the accompanying California MC-350 form for each of the respective minor Plaintiffs, the accompanying declaration of Attorney Christian B. Clark, and the accompanying declaration of Plaintiff Saint Brown.

**NOTICE OF PETITION AND PETITION FOR MINORS COMPROMISE**

# I. FACTUAL BACKGROUND

For the factual background for the instant Joint Notice of Petition for Minors Compromise, Plaintiffs hereby re-allege and incorporate by reference the allegations set forth in the attached Declaration of Christian B. Clark in support of this instant motion, as is set forth in full herein.

# II. ARGUMENT

The Local Rules of this Court provide, inter alia, that an Order of Judgment is required to settle the claims of a minor:

> *"No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment. All settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue. The parties may, with district judge approval consent to magistrate judge jurisdiction under 28 U.S.C. '636(c) for entry of an order approving the entire settlement or compromise."*

C.R. 17.1 – Actions Involving Minor's or Incompetents

> *Cal. Civ. Proc. Code § 372 provides in pertinent part: "(a) When a minor, an incompetent person, or a person for whom a conservator has been appointed is a party, that person shall appear either by guardian or conservator of the estate or by a guardian ad litem appointed by the court in which the action of proceeding is pending, or by a judge thereof, in each case. A Guardian ad litem may be appointed in any case when it is deemed by the court in which the action or proceeding is prosecuted, or by a judge thereof, expedient person, or person for whom a conservator has been appointed, notwithstanding that the person may have a guardian or conservator of the estate. The guardian or conservator of the estate or guardian ad litem so appearing for any minor, incompetent person, or person for whom a conservator has been appointed shall have power, with the approval of the court in which the action or proceeding is pending, to compromise the same, to agree to the other or judgment to be entered therein for or against the ward or conservative, and to satisfy any release or discharge any claim*

**NOTICE OF PETITION AND PETITION FOR MINORS COMPROMISE**

- 2 -

> of the ward or conservative pursuant to that compromise. Any money or other property to be paid or delivered pursuant to the order or judgment for the benefit of a minor, incompetent person, or person for whom a conservator has been appointed shall be paid and delivered as provided in Chapter 4 (commencing with Section 3600) of Part 8 of Division 4 of the Probate Code."

Cal. Prob. Code §§3600, et. seq. provides:

> "3600. This chapter applies whenever both of the following conditions exist:(a) A court (1) approves a compromise of, or the execution of a covenant not to sue on or a covenant not to enforce judgment on, a minor's disputed claim, (2) approves a compromise of a pending action or proceeding to which a minor or person with a disability is a party, or (3) gives judgment for a minor or person with a disability. (b) The compromise, covenant, or judgment provides for the payment or delivery of money or other property for the benefit of the minor or person with a disability.

California Probate Code Section 3611(b) provides that in any case described in Section 3610 of the Probate Code, where the Court making the Order or giving the Judgment referred to in California Probate Code Section 3600 et. seq. shall, upon application of counsel for the minor or person with a disability order: "[t]hat the remaining balance of any money paid or to be paint be despited in an insured account in a financial institution in this state… subject to withdrawal only upon authorization of the court…."

As shown in the attached declaration of Christian B. Clark, the proposed minor's compromise is fair and equitable for the minor Plaintiffs.

The settlement in this case is $550,000.00 The proposal is for the settlement to be split as follows: $255,000 to Plaintiff Saint Brown, $255,000 to Plaintiff Christine Brown, and $10,000.000 to each of the minor Plaintiffs.

After relevant fees are deducted from each of the minor Plaintiffs, as detailed in Exhibits A-B attached to the Declaration of Christian B. Clark submitted herewith, all minor Plaintiffs will receive a total net settlement of $7,500.00. Hard

WEBB LAW GROUP, APC
10509 Vista Sorrento Parkway, Suite 450,
San Diego, CA 92121

1  costs will only be deducted from Saint Brown and Christine Brown's portion of the
2  settlement.
3       In accordance with California Probate Code Section 3611(b), Plaintiffs
4  propose delivering the net settlement balance for minor Plaintiffs to their parents
5  Christine Brown and Saint Brown, who will immediately deposit the funds into
6  separate savings accounts for each of the respective minor Plaintiffs with Navy
7  Federal Credit Union, subject to withdrawal only by the respective minor Plaintiffs
8  upon reaching the age of majority.
9       Plaintiff has met and conferred with Defendants concerning the instant
10 Petition for Minor's Compromise. Defendants indicated that they do not intend to
11 Oppose the instant Petition.

Dated: October 24, 2025

Respectfully Submitted,

**WEBB LAW GROUP, APC**

By *Christian B. Clark*
LENDEN F. WEBB
CHRISTIAN B. CLARK
KATHERINE E. CERVANTES
Attorneys for Plaintiffs
SAINT BROWN, et al.

**WEBB LAW GROUP, APC**
10509 Vista Sorrento Parkway, Suite 450,
San Diego, CA 92121

**NOTICE OF PETITION AND PETITION FOR MINORS COMPROMISE**

# PROOF OF SERVICE

STATE OF CALINFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my primary business address is: **10509 Vista Sorrento Parkway, Suite 450, San Diego, CA 92121.** My email address is **Service@WebbLawGroup.com**.

On **October 28, 2025** I caused the service of document(s) described as:

1. **PETITION FOR MINOR'S COMPROMISE**
2. **PETITION FOR MINOR'S COMPROMISE – DECLARATION OF CHRISTIAN B. CLARK**
3. **PETITION FOR MINOR'S COMPROMISE – DECLARATION OF SAINT BROWN**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at: San Diego, California, addressed as follows:

Kristin N. Reyna DeHart, Esq.
Timothy J. Brannan, Esq.
BUCHALTER, APC
655 W. Broadway Unit 1600
San Diego, CA 92101
*Telephone: (619)219-5335*
*Facismile: (619)235-5351*
*Email: KReyna@Buchalter.com*
*Email: TBrannan@Buchalter.com*
*Attorneys for Defendants San Diego Family Housing, LLC and Lincoln Military Property Management, L.P.*

Matthew P. Nugent, Esq.
Timothy A. Hunter, Esq.
Jockey Firm
Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7760
Facsimile: (619) 696-7124
Email: KReyna@grsm.com
Email: MNugent@grsm.com
Email: thunter@grsm.com
Email: jfinn@grsm.com     JVA 3/20/25

\_\_\_\_    (BY MAIL) I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the U.S. Postal Service on the date hereinabove in the ordinary course of business, at San Diego, California.

\_XX\_   (BY E-MAIL) I caused the above-referenced document(s) to be electronically mailed to the offices of the addressee(s) as a courtesy, pursuant to an applicable code or a valid stipulation. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **October 28, 2025**, at San Diego, California.

\_XX\_   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Christian B. Clark*
CHRISTIAN B. CLARK