UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT BROWN, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING LLC, et al.,<br><br>                              Defendants. | Case No.:  3:23-cv-00567-JES-DDL<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION; and**<br><br>**(2) APPROVING PETITION FOR MINOR'S COMPROMISE AND FINDING THE PROPOSED SETTLEMENT FAIR AND REASONABLE**<br><br>**[ECF Nos. 99, 102]** |

Presently before the Court is Plaintiffs' Petition for Minor's Compromise for Plaintiff's T.B., L.B., C.B., and B.B. ECF No. 99 ("Petition"). The Court referred the matter to Magistrate Judge Brian J. White for a Report and Recommendation ("R&R"). ECF No. 100. The R&R recommends granting the Petition. ECF No. 102 ("R&R"). The parties were instructed to file written objections to the R&R within 14 days of the date of the order. R&R at 6.

|   |   |
|---|---|
| 1 | Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report … to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). |

On December 30, 2025, the parties filed a Joint Stipulation Waiving Objection Period on R&R and indicated that neither party intended to file objections or otherwise oppose the R&R. ECF No. 103. There being no objections to the R&R, the Court having reviewed the R&R, finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Brian J. White's R&R; (2) **APPROVES** the Petition for Minor's Compromise and Finds the Proposed Settlement Fair and Reasonable.

**IT IS SO ORDERED**.

Dated: January 5, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge